REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| RAY WEISBEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLERGAN, INC. a Delaware corporation,<br><br>Defendants. | Case No.: 8:20-cv-00801-FMO-ADS<br><br>**ORDER ON STIPULATION [17] EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Judge Fernando M. Olguin<br>Magistrate Judge Autumn D. Spaeth<br><br>Complaint Filed: April 24, 2020<br>Current Response Date: June 26, 2020<br>New Response Date: July 10, 2020 |

# ORDER

IT IS HEREBY ORDERED that, pursuant to the Stipulation to Extend Deadline to Respond to Complaint to **July 10, 2020**, made by and between Plaintiff Ray Weisbein ("Plaintiff") and Defendant Allergan, Inc. ("Allergan") (Plaintiff and Allergan are collectively referred to as the "Parties"), and for good cause shown:

Allergan's time to respond to the Complaint is extended to **July 10, 2020**, to enable Allergan to investigate Plaintiff's claims and prepare a response.

DATED: June 15, 2020

/s/
Honorable Fernando M. Olguin
United States District Judge