JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY WEISBEIN, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLERGAN, INC., a Delaware corporation., *et al.*,<br><br>  Defendant. | Case No. 8:20-cv-00801-SSS-ADSx<br><br>**FINAL JUDGMENT ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DKT. 140]** |

# **JUDGMENT**

Pursuant to the Order Granting Defendants' Motion for Summary Judgment and after considering the papers filed in support of and against Defendant's Motion, **IT IS HEREBY ORDERED THAT**:

1. The Defendant's Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's complaint and action are **HEREBY DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated: December 2, 2022

_____
SUNSHINE S. SYKES
United States District Judge